# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VIVIAN MORELAND-THOMAS, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-1816 SNL |
| | ) |
| CHESAPEAKE ENERGY CORP., et al., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiffs have not supplied the Court with sufficient address for service of process to issue as to all defendants. As to defendants Chesapeake Energy Corp., David Adams, and Eloise Adams, plaintiffs have supplied the Court only with post office box addresses. Post office box addresses are insufficient for the Clerk's office to issue process or cause process to issue. As a result, the Court will order plaintiffs to supply the Court with physical addresses that are sufficient for the Clerk's office to issue process or cause process to issue as to defendants Chesapeake Energy Corp., David Adams, and Eloise Adams. Failure to comply with this Order risks dismissal of these defendants.

Accordingly, the Court's Order dated December 28, 2006, is modified as follows,

**IT IS HEREBY ORDERED** that plaintiffs shall supply the Court with physical addresses that are sufficient for the Clerk's office to issue process or cause process to issue as to defendants Chesapeake Energy Corp., David Adams, and Eloise Adams.

**IT IS FURTHER ORDERED** that if plaintiffs fail to supply the Court with the addresses of Chesapeake Energy Corp., David Adams, and Eloise Adams, the Court may dismiss these defendants without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued on the complaint as to defendants Loy Scoggins, Ernest Coulter, and Gloria Coulter.

Dated this 10th day of January, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE